UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| EVA BONNETTE | CIVIL ACTION NO. 04-1598-A |
| -vs- | JUDGE DRELL |
| JO ANNE BARNHART<br>COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a review of the entire record, concurring with the Magistrate Judge's findings under the applicable law, and noting the absence of objections to the Report and Recommendation,

IT IS ORDERED that the final decision of the Commissioner is AFFIRMED and that Eva Bonnette's appeal is DENIED AND DISMISSED WITH PREJUDICE.

SIGNED on this 7th day of July, 2005, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge